FILED

2010 MAR 17 AM 10: 06

CLERK US DIST. COURT
SANTA ANA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. *CESAR ARLEL ZAPATA - LANDEROS* DEFENDANT(S). | CASE NUMBER: *SA 10 - 121 M* REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: ___*3/16/10 ; 0730*___  ☑ AM / ☐ PM

2. Defendant is in lock-up (in this court building)  Yes ☑    No ☐

3. Charges under which defendant has been booked:
   ___*TITLE 18 , USC , SEC 373 (a)*___

4. Offense charged is a: ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

5. U.S. Citizen: ☐ Yes    ☑ No    ☐ Unknown

6. Interpreter Required: ☐ No,    ☑ Yes: ___*SPANISH*___ (Language)

7. Year of Birth: ___ *1986*

8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

9. Place of detention (if out-of-district): ___*N/A*___

10. Date detainer placed on defendant: ___

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. ___*N/A*___ )

12. Does the defendant have retained counsel ?    ☑ No

    ☐ Yes    Name: ___ and Phone Number: ___

13. Did you notify Pretrial Services?    ☐ No
    ☑ If yes, please list Officer's Name: ___*DUTY-OFFICER*___ Time: ___ AM / PM

14. Remarks (if any): ___

15. Date: ___*3/17/10*___    16. Name: *GEORGE BOYKENS* (Please Print)

17. Agency: ___*FBI*___    18. Signature: ___ *SA FBI*

19. Office Phone Number: *(714) 245-536*